UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| INDIANA DISABILITY RIGHTS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| NEUROPSYCHIATRIC HOSPITALS LLC, | ) ) |
| Defendant. | ) )  No. 1:18-cv-02106-JRS-TAB |
| NEUROPSYCHIATRIC HOSPITALS LLC, | ) ) ) |
| Counter Claimant, | ) ) |
| v. | ) ) |
| INDIANA DISABILITY RIGHTS, | ) ) |
| Counter Defendant. | ) ) |
| NEUROPSYCHIATRIC HOSPITALS LLC, | ) ) ) |
| Third Party Plaintiff, | ) ) ) |
| v. | ) ) |
| Dawn Adams, | ) ) |
| Third Party Defendant. | ) ) |

**Order Denying Motion to Dismiss Counterclaims (Filing No. 13)**

Under Rule 15(a) of the Federal Rules of Civil Procedure, a party may amend its pleading "once as a matter of course within … 21 days after service of a motion

under Rule 12(b)…." Fed. R. Civ. P. 15(a)(1)(B). Defendant Neuropsychiatric Hospitals LLC filed Defendant's Amended Answer, Affirmative Defenses, Counterclaim and Third-Party Complaint to Plaintiff's Complaint on October 9, 2018, which was within 21 days of service of Plaintiff's Motion to Dismiss Defendant's Counterclaims under Rule 12(b)(6) filed on September 24, 2018.

The Amended Counterclaim supersedes the original Counterclaim, *Massey v. Helman*, 196 F.3d 727, 735 (7th Cir. 1999); therefore, Plaintiff's Motion to Dismiss (Filing No. 13) is **denied as moot**. *Young v. City of Mount Ranier*, 238 F.3d 567, 573 (4th Cir. 2001) (stating "an amended pleading supersedes the original pleading, rendering the original pleading of no effect").

Date: 10/16/2018

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Dawn Adams
IDR
4701 North Keystone Ave
Suite 222
Indianapolis, IN 46205

Nikki G. Ashmore
INDIANA DISABILITY RIGHTS
nashmore@indianadisabilityrights.org

Jason R. Delk
DELK MCNALLY LLP
delk@delkmcnally.com

Melissa Keyes
INDIANA DISABILITY RIGHTS
mkeyes@indianadisabilityrights.org

Michael T. McNally
DELK MCNALLY
mcnally@delkmcnally.com