UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| INDIANA DISABILITY RIGHTS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:18-cv-02106-JRS-TAB |
| ) | |
| NEUROPSYCHIATRIC HOSPITALS LLC, ) | |
| ) | |
| Defendant. ) | |

**ORDER ON DECEMBER 21, 2018, SETTLEMENT CONFERENCE**

Parties appeared by counsel December 21, 2018, for a settlement conference. Settlement discussions were held and this case is settled. Therefore, any pending motions are denied as moot, and all previously ordered dates relating to discovery, filings, schedules, conferences and trial, if any, are vacated. The parties shall file a stipulation within 28 days.

Date: 12/21/2018

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email.