UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| INDIANA DISABILITY RIGHTS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )   Case no. 1:18-cv-2106-JRS-TAB |
| NEUROPSYCHIATRIC HOSPITALS LLC, | ) ) |
| Defendant. | ) ) |
| _____ | |
| NEUROPSYCHIATRIC HOSPITALS LLC, | ) ) |
| Counterclaim Plaintiff, | ) ) |
| v. | ) ) |
| DAWN ADAMS and INDIANA DISABILITY RIGHTS, | ) ) ) |
| Counterclaim and Third-Party Defendants. | ) ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties, by counsel, stipulate to the dismissal of the above cause of action with prejudice with each party to bear its own costs and fees.

Respectfully submitted,

*s/ Nikki G. Gray*
Nikki G. Gray
Staff Attorney
Attorney No. 31209-49
(317) 722-3445
NGray@indianadisabilityrights.org

*s/Melissa L. Keyes*
Melissa L. Keyes
Attorney No. 30152-49
(317) 722-3463
MKeyes@indianadisabilityrights.org

*Counsel for Plaintiff/Counterclaim Defendant/Third-Party Defendant*

    *s/Michael T. McNally*
    Michael T. McNally
    DELK MCNALLY
    Email:    mcnally@delkmcnally.com

*Counsel for Defendant/Counterclaim and Third-Party Plaintiff*

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the above and foregoing has been served via the Court's electronic case filing system this 18th day of January, 2019, to the following:

    Nikki G. Gray
    ngray@indianadisabilityrights.org

    Melissa L. Keyes
    mkeyes@indianadisabilityrights.org

    /s/ Michael T. McNally
    Michael T. McNally

DELK McNALLY LLP
mcnally@delkmcnally.com