**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| **INDIANA DISABILITY RIGHTS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case no. 1:18-cv-2106-JRS-TAB |
| ) | |
| **NEUROPSYCHIATRIC HOSPITALS LLC,** ) | |
| ) | |
| **Defendant.** ) | |

_____

| |
|---|
| **NEUROPSYCHIATRIC HOSPITALS LLC,** ) |
| ) |
| **Counterclaim Plaintiff,** ) |
| ) |
| v. ) |
| ) |
| **DAWN ADAMS and** ) |
| **INDIANA DISABILITY RIGHTS,** ) |
| ) |
| **Counterclaim and Third-Party Defendants.** ) |

This matter came before the Court on the parties' Stipulation of Dismissal with Prejudice, and the Court having considered the same and being duly advised, now finds that the Stipulation of Dismissal should be **GRANTED**.

It is, therefore, ORDERED, ADJUDGED, and DECREED that this matter, shall be, and hereby is, dismissed with prejudice.

SO ORDERED.

Date: 1/23/2019

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record